IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN BURNS,

    Plaintiff,

v.                                  CASE NO. 1:23cv276-RH-MAF

DIXIE COUNTY
SHERIFF'S DEPARTMENT,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk must close the file.

SO ORDERED on April 2, 2024.

                                            s/Robert L. Hinkle
                                            United States District Judge